1

2

3

IN THE UNITED STATES DISTRICT COURT

4

FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

7
N. J. JACKSON,

No. C 12-02502 YGR (PR)

8
　　　　　　　　Petitioner,

**ORDER GRANTING *IN FORMA
PAUPERIS* STATUS AND DIRECTING
RESPONDENT TO SHOW CAUSE WHY
THE PETITION SHOULD NOT BE
GRANTED**

9
　vs.

10
MARION SPEARMAN, Warden,

11
　　　　　　　　Respondent.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿/

12

13
　　　Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28

14
U.S.C. § 2254.  Petitioner also seeks leave to proceed *in forma pauperis*.  It does not appear from the

15
face of the petition that it is without merit.  Good cause appearing, the Court hereby issues the

following orders:

16
　　　1.　　　Petitioner's application to proceed *in forma pauperis* is GRANTED.

17
　　　2.　　　The Clerk of the Court shall serve a copy of this Order and the petition and all

18
attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State

19
of California.  The Clerk shall also serve a copy of this Order on Petitioner at his current address.

20
　　　3.　　　Respondent shall file with this Court and serve upon Petitioner, within **one-hundred**

21
**and nineteen (119) days** of the issuance of this Order, an Answer conforming in all respects to Rule

22
5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should

23
not be issued.  Respondent shall file with the Answer a copy of all portions of the relevant state

24
records that have been transcribed previously and that are relevant to a determination of the issues

25
presented by the petition.

26
　　　4.　　　If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with

27
the Court and serving it on Respondent within **sixty-three (63) days** of his receipt of the Answer.

28
Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision **sixty-**

**three (63) days** after the date Petitioner is served with Respondent's Answer.

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

5.    Respondent may file with this Court and serve upon Petitioner, within **sixty-three (63) days** of the issuance of this Order, a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition to the motion within **sixty-three (63) days** of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fourteen (14) days** of receipt of any opposition.

6.    It is Petitioner's responsibility to prosecute this case.  Petitioner must keep the Court and Respondent informed of any change of address and must comply with the Court's orders in a timely fashion.  Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address.  *See* L.R. 3-11(a).  The Court may dismiss without prejudice a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address.  *See* L.R. 3-11(b); *see also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (Rule 41(b) applicable in habeas cases).

Petitioner must also serve on Respondent's counsel all communications with the Court by mailing a true copy of the document to Respondent's counsel.

7.    Extensions of time are not favored, though reasonable extensions will be granted.  Any motion for an extension of time must be filed no later than **fourteen (14) days** prior to the deadline sought to be extended.

8.    Marion Spearman, the current warden of the prison where Petitioner is incarcerated, has been substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

9.    This Order terminates Docket no. 4.

IT IS SO ORDERED.

DATED:    August 21, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**