UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

N.J. JACKSON,

    Petitioner,

    v.

MARION SPEARMAN, Warden,

    Respondent.
                              /

No. C 12-2502 YGR (PR)

**ORDER EXTENDING TIME**

Respondent's motion to extend time to file a response to the order to show cause (Docket No. 7) is GRANTED. **Such response shall be filed on or before February 2, 2013.** The Clerk shall terminate Docket No. 7.

**IT IS SO ORDERED.**

DATED: December 5, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**