**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

N.J. JACKSON,

                Petitioner,

    v.

MARION SPEARMAN, Warden,

                Respondent.

                             /

No. C 12-2502 YGR (PR)

**ORDER EXTENDING TIME**

      Respondent's motion to extend time to file a response to the order to show cause (Docket No. 7) is GRANTED.  **<u>Such response shall be filed on or before February 2, 2013.</u>**  The Clerk shall terminate Docket No. 7.

      **IT IS SO ORDERED.**

DATED:  December 5, 2012

                                      **YVONNE GONZALEZ ROGERS**
                                      **UNITED STATES DISTRICT COURT JUDGE**