IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

N. J. JACKSON,

    Petitioner,

vs.

RANDY GROUNDS, Warden,

    Respondent.

No. C 12-02502 YGR (PR)

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Respondent's Motion to Dismiss; and Denying Certificate of Appealability,

    IT IS ORDERED AND ADJUDGED

    That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

DATED: May 10, 2013

Y**VONNE** G**ONZALEZ** R**OGERS**
U**NITED** S**TATES** D**ISTRICT** C**OURT** J**UDGE**

G:\PRO-SE\YGR\HC.12\Jackson2502.jud.frm